# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLOC DISPENSARY LLC,<br>a New Jersey limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BOSSIDY, an individual,<br><br>Defendant. | Civil Action No. 3:25-cv-01725-ZHQ-JBD<br><br>Honorable Zahid N. Quraishi<br><br>**NOTICE OF DEFENDANT TIMOTHY BOSSIDY'S MOTION TO TRANSFER VENUE**<br><br>**Motion Date: July 7, 2025** |

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that on July 7, 2025, or on a date to be set by this Court, Defendant Timothy Bossidy shall move before the Honorable Zahid N. Quraishi, in the United States District Court for the District of New Jersey, at the Clarkson S. Fisher Building, Courtroom No. 4W, 402 East State Street, Trenton, NJ 08608, to transfer this action to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a), together with such other and further relief as is proper.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Mr. Bossidy will rely upon this Notice of Motion, the Memorandum of Law in Support thereof, the Declaration of Diane P. Sullivan and accompanying exhibits, and such

other authorities and arguments as may be submitted in any reply or at any hearing.

A proposed form of Order is also attached.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

DATED:  June 13, 2025                           Respectfully submitted,

                                                **WEIL, GOTSHAL & MANGES LLP**

                                                */s/ Diane P. Sullivan*
                                                Diane P. Sullivan (Bar No.
                                                025261987)
                                                17 Hulfish Street, Suite 201
                                                Princeton, NJ 08542
                                                Telephone: (609) 986-1120
                                                Fax: (609) 986-1199
                                                diane.sullivan@weil.com

                                                        -and-

                                                Caroline H. Zalka (*pro hac vice*
                                                pending)
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                Tel. (212) 310-8000
                                                Fax: (212) 310-8007
                                                caroline.zalka@weil.com

                                                *Counsel for Defendant Timothy
                                                Bossidy*

2