# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLOC DISPENSARY LLC, a New Jersey limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY BOSSIDY, an individual, <br><br> Defendant. | Civil Action No. 3:25-cv-01725-ZHQ-JBD <br><br> Honorable Zahid N. Quraishi <br><br> **DECLARATION OF DIANE P. SULLIVAN IN SUPPORT OF DEFENDANT TIMOTHY BOSSIDY'S MOTION TO TRANSFER VENUE** |

I, DIANE P. SULLIVAN, of full age, hereby declare as follows:

1. I am a Partner in the law firm of Weil, Gotshal & Manges LLP, counsel for Defendant Timothy Bossidy. I am admitted to practice law in the State of New Jersey and in this Court. I submit this declaration on behalf of Defendant Timothy Bossidy and in support of Mr. Bossidy's Motion to Transfer Venue.

2. Attached as Exhibit 1 is a true and correct copy of the Engagement Letter executed between SierraConstellation Partners LLC and Bloc Dispensary LLC (f/k/a JG New Jersey LLC), dated April 1, 2024.

3. Attached as Exhibit 2 is a true and correct copy of the Forbearance Agreement executed by and among Block Dispensary LLC (f/k/a JG New Jersey

LLC) and its affiliate entities, Jon Loevy and Michael Kanovitz, and AFC Agent LLC, dated March 6, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 13, 2025                    Respectfully submitted,

/s/ *Diane P. Sullivan*
Diane P. Sullivan
**WEIL, GOTSHAL & MANGES LLP**
17 Hulfish Street, Suite 201
Princeton, NJ 08542
Tel: (609) 986-1120
Fax: (609) 986-1199
diane.sullivan@weil.com

*Counsel for Defendant Timothy Bossidy*