# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

BLOC DISPENSARY LLC,
a New Jersey limited liability company,

Plaintiff,

v.

TIMOTHY BOSSIDY, an individual,

Defendant.

Civil Action No. 3:25-cv-01725-ZHQ-JBD

Honorable Zahid N. Quraishi

## [PROPOSED] ORDER GRANTING DEFENDANT TIMOTHY BOSSIDY'S MOTION TO TRANSFER VENUE

**WHEREAS** Defendant Timothy Bossidy has moved for entry of an Order pursuant to 28 U.S.C. § 1404(a), transferring this matter to the United States District Court for the Central District of California; and the Court having considered this matter, and for good cause shown:

**IT IS ON THIS** _____ day of _____, 2025

**ORDERED** that Defendant's Motion to Transfer Venue is hereby **GRANTED**; and it is further

**ORDERED** that the above-captioned action be transferred to the United States District Court for the Central District of California; and it is further

**ORDERED** that the Clerk's Office shall take all actions necessary to promptly effect the transfer of this action to the United States District Court for the Central District of California.

_____
HONORABLE ZAHID N. QURAISHI,
United States District Judge
