UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLOC DISPENSARY LLC, a New Jersey limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BOSSIDY, an individual,<br><br>Defendant. | Civil Action No. 3:25-cv-01725-ZHQ-JBD<br><br>Honorable Zahid N. Quraishi |

**CERTIFICATE OF SERVICE**

I, DIANE P. SULLIVAN, HEREBY CERTIFY AS FOLLOWS:

1. I am a Partner in the law firm of Weil, Gotshal & Manges LLP, counsel for Defendant Timothy Bossidy in the above-captioned matter. Pursuant to Rule 5 of the Federal Rules of Civil Procedure and Local Rule 5.1, I make this certification.

2. On June 13, 2025, I caused to be filed via ECF with the Clerk for the District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, the following documents:

    a. Notice of Motion to Transfer Venue;

    b. Memorandum of Law in Support thereof;

    c. Declaration of Diane P. Sullivan and Accompanying Exhibits;

   d.  Proposed Order Granting Motion to Transfer Venue; and

   e.  this Certificate of Service.

 3. On June 13, 2025, copies of the aforementioned documents were served upon all counsel of record via ECF.

I hereby certify under penalty of perjury that the foregoing statements are true and correct. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: June 13, 2025          Respectfully submitted,

                 */s/ Diane P. Sullivan*
                 Diane P. Sullivan (Bar No. 025261987)
                 **WEIL, GOTSHAL & MANGES LLP**
                 17 Hulfish Street, Suite 201
                 Princeton, New Jersey
                 Telephone: (609) 986-1120
                 Fax: (609) 986-1199
                 diane.sullivan@weil.com

                 *Counsel for Defendant Timothy Bossidy*