## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLOC DISPENSARY LLC, a New Jersey limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BOSSIDY, an individual,<br><br>Defendant. | Civil Action No. 3:25-cv-01725-ZHQ-JBD<br><br>Hon. Zahid N. Quraishi<br><br>**NOTICE OF DEFENDANT TIMOTHY BOSSIDY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**Motion Date:** July 7, 2025 |

**PLEASE TAKE NOTICE** that on July 7, 2025, or on a date to be set by this Court, Defendant Timothy Bossidy shall move before the Honorable Zahid N. Quraishi, in the United States District Court for the District of New Jersey, at the Clarkson S. Fisher Building, Courtroom No. 4W, 402 East State Street, Trenton, NJ 08608, to dismiss Plaintiff's Complaint, ECF No. 1, pursuant to Federal Rule of Civil Procedure 12(b)(6), together with such other and further relief as is proper.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Mr. Bossidy will rely upon this Notice of Motion, the Memorandum of Law in Support thereof, the Declaration of Diane P. Sullivan and accompanying exhibit, and such

other authorities and arguments as may be submitted in any reply or at any hearing.

A proposed form of Order is also attached.

      **PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated:  June 13, 2025                  Respectfully submitted,

                                         */s/ Diane P. Sullivan*
                                         Diane P. Sullivan (Bar No. 025261987)
                                         **WEIL, GOTSHAL & MANGES LLP**
                                         17 Hulfish Street, Suite 201
                                         Princeton, NJ 08542
                                         Telephone: (609) 986-1120
                                         Fax: (609) 986-1199
                                         diane.sullivan@weil.com

                                                   -and-

                                         Caroline H. Zalka (*pro hac vice* pending)
                                         767 Fifth Avenue
                                         New York, New York 10153
                                         Tel. (212) 310-8000
                                         Fax: (212) 310-8007
                                         caroline.zalka@weil.com

                                         *Counsel for Defendant Timothy Bossidy*