## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLOC DISPENSARY LLC, a New Jersey limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BOSSIDY, an individual,<br><br>Defendant. | Civil Action No. 3:25-cv-01725-ZHQ-JBD<br><br>Honorable Zahid N. Quraishi<br><br>**DECLARATION OF DIANE P. SULLIVAN IN SUPPORT OF DEFENDANT TIMOTHY BOSSIDY'S MOTION TO DISMISS** |

I, DIANE P. SULLIVAN, of full age, hereby certify as follows:

1. I am a Partner in the law firm of Weil, Gotshal & Manges LLP, counsel for Defendant Timothy Bossidy. I am admitted to practice law in the State of New Jersey and in this Court. I submit this declaration on behalf of Defendant Timothy Bossidy and in support of Mr. Bossidy's Motion to Dismiss.

2. Attached as Exhibit A is a true and correct copy of the Forbearance Agreement executed by and among Block Dispensary LLC (f/k/a JG New Jersey LLC) and its affiliate entities, Jon Loevy and Michael Kanovitz, and AFC Agent LLC, dated March 6, 2024.

I declare under penalty of perjury that each of the above statements is true and correct to the best of my knowledge.

| | |
|---|---|
| Dated: June 13, 2025 | Respectfully submitted, |
| | */s/ Diane P. Sullivan* |
| | Diane P. Sullivan |
| | **WEIL, GOTSHAL & MANGES LLP** |
| | 17 Hulfish Street, Suite 201 |
| | Princeton, NJ 08542 |
| | Tel: (609) 986-1120 |
| | Fax: (609) 986-1199 |
| | diane.sullivan@weil.com |
| | |
| | *Counsel for Defendant Timothy Bossidy* |