UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLOC DISPENSARY LLC, a New Jersey limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BOSSIDY, an individual,<br><br>Defendant. | Civil Action No. 3:25-CV-01725-ZHQ-JBD<br><br>Honorable Zahid N. Quraishi |

### [PROPOSED] ORDER GRANTING DEFENDANT TIMOTHY BOSSIDY'S MOTION TO DISMISS

**WHEREAS** Defendant Timothy Bossidy has moved for entry of an Order to dismiss Plaintiff's Complaint, ECF No. 1, pursuant to Federal Rule of Civil Procedure 12(b)(6); and the Court having considered this matter, and for good cause shown:

**IT IS ON THIS** _____ day of _____, 2025

**ORDERED** that:

1. Mr. Bossidy's Motion is hereby **GRANTED**; and

2. Plaintiff's Complaint is hereby **DISMISSED** in its entirety, with prejudice and without leave to amend.

_____
HONORABLE ZAHID N. QURAISHI,
United States District Judge