# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

BLOC DISPENSARY LLC,
a New Jersey limited liability company,

    Plaintiff,

    v.

TIMOTHY BOSSIDY, an individual,

    Defendant.

Civil Action No. 3:25-cv-01725-ZHQ-JBD

## CERTIFICATE OF SERVICE

I, DIANE P. SULLIVAN, OF FULL AGE, HEREBY CERTIFY AS FOLLOWS:

1. I am an attorney-at-law in the State of New Jersey and a Partner of the law firm of Weil, Gotshal & Manges LLP, counsel for Defendant Timothy Bossidy.

2. On June 13, 2025, I caused to be filed via ECF with the Clerk for the District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, the following documents:

    a. Notice of Motion to Dismiss;

    b. Defendant's Memorandum of Law in Support thereof;

  c. Declaration of Diane P. Sullivan and Exhibit A;

  d. Proposed Order Granting Motion to Dismiss; and

  e. this Certificate of Service.

 3. On June 13, 2025, copies of the aforementioned documents were served upon all counsel of record via ECF.

I hereby certify under penalty of perjury that the foregoing statements are true and correct. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: June 13, 2025         Respectfully submitted,

                     /s/ Diane P. Sullivan
                     Diane P. Sullivan (Bar No. 025261987)
                     **WEIL, GOTSHAL & MANGES LLP**
                     17 Hulfish Street, Suite 201
                     Princeton, New Jersey
                     Telephone: (609) 986-1120
                     Fax: (609) 986-1199
                     diane.sullivan@weil.com

                     *Counsel for Defendant Timothy Bossidy*