UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLOC DISPENSARY LLC, a New Jersey limited liability company,  Plaintiff,  v.  TIMOTHY BOSSIDY, an individual,  Defendant. | Civil Action No. 3:25-cv-01725-ZHQ-JBD  Honorable Zahid N. Quraishi |

## ORDER GRANTING DEFENDANT TIMOTHY BOSSIDY'S MOTION TO TRANSFER VENUE

**WHEREAS** Defendant Timothy Bossidy has moved for entry of an Order pursuant to 28 U.S.C. § 1404(a), transferring this matter to the United States District Court for the Central District of California; and the Court having considered this matter, and for good cause shown:

**IT IS** on this **1st** day of **July 2025**,

**ORDERED** that Defendant's unopposed Motion to Transfer Venue (ECF No. 12) is hereby **GRANTED**; and it is further

**ORDERED** that the above-captioned action be transferred to the United States District Court for the Central District of California.

SO ORDERED
s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**